This is an accelerated appeal from a judgment of the Erie County Court of Common Pleas denying appellant Benjamin Darden's "MOTION TO DISMISS ILLEGAL INDICTMENTS."
Irrespective of appellant's caption, he has presented to the court a petition for postconviction relief, see State v.Reynolds (1997), 79 Ohio St.3d 158, syllabus, which is untimely, see R.C. 2953.21(A), and for which appellant has advanced no cognizable reason for delay. R.C. 2953.23.
Accordingly, the trial court erred only to the extent that it entertained the motion at all.
On consideration where, the judgment of the Erie County Court of Common Pleas is affirmed. Costs to appellant.
JUDGMENT AFFIRMED.
A certified copy of this entry shall constitute the mandate pursuant to App. R. 27. See, also, 6th Dist.Loc.App.R. 4; amended 1/1/98.
Melvin L. Resnick, J. --------------------- JUDGE
James R. Sherck, J. --------------------- JUDGE
Richard W. Knepper, J. CONCUR. --------------------- JUDGE